UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| BOBBY DWAYNE WILCOX,<br>an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>GREGG L. ALEXANDER, in his official capacity as Sheriff of Marion County, Arkansas; and DOES 1 THROUGH 10, inclusive.<br><br>    Defendants. | Civil Action:<br><br>Case No. 3:24-cv-03008-TLB |

## JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

  This Stipulation ("**Stipulation**") is entered into by and between Plaintiff Bobby Dwayne Wilcox, by and through his attorneys of record ("**Plaintiff**"); and Defendant Gregg L. Alexander, in his official capacity as Sheriff of Marion County, Arkansas, by and through his attorneys ("**Defendant**"); being the parties who have appeared in this action, as set forth below:

  1.  Plaintiff and Defendant have reached a settlement in this action.

  2.  Pursuant to the terms of a written settlement agreement, Plaintiff and Defendant now wish to dismiss this entire action with prejudice.

///

///

///

1

WHEREFORE, the parties hereby stipulate to and agree that the above-captioned case shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                                Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

Dated:  July 24, 2024                         /s/  *Janice M. Bellucci*
                                                          Janice Madelyn Bellucci #108911 (CA)
                                                          *Pending Admission Pro Hac Vice*
                                                          Law Office of Janice M. Bellucci
                                                          2110 K Street
                                                          Sacramento, CA 95816
                                                          Telephone: (805) 896-7854
                                                          Email: jmbellucci@aol.com

Dated:  July 24, 2024                         /s/  *Michael Kiel Kaiser*
                                                          Michael Kiel Kaiser #2015001 (AR)
                                                          Attorney for Plaintiff
                                                          Lassiter & Cassinelli
                                                          1218 West Sixth Street
                                                          Little Rock, AK 72201
                                                          Telephone: 501-370-9300
                                                          Email: Michael@LCArkLaw.com

ATTORNEYS FOR DEFENDANT:

Dated:  July 24, 2024                         /s/ *Jason E. Owens*
                                                          Jason E. Owens
                                                          Ark. Bar. No. 2003003
                                                          JASON OWENS LAW FIRM, P.A.
                                                          Mailing Address: P.O. Box 850
                                                          Conway, Arkansas 72033-0850
                                                          Physical Address: 1312 W. Oak Street
                                                          Conway, Arkansas 72034
                                                          Telephone: (501) 764-4334
                                                          Telefax: (501) 764-9173
                                                          email: owens@jowenslawfirm.com